UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. |
| ) | |
| v. ) | Violations: |
| ) | |
| CHRISTIANNE MYLOTT-COLEMAN, ) | Counts One - Five: |
| ) | Filing a False Tax Return |
| ) | (26 U.S.C. § 7206(1)) |
| Defendant ) | |

INFORMATION

At all times relevant to this Information:

General Allegations

1. Defendant CHRISTIANNE MYLOTT-COLEMAN was a resident of Fitchburg, Massachusetts and formerly served as the Chief of Staff for a State Senator (the "State Senator"), who served in the Massachusetts Senate from 2017 to 2020.

2. Between 2018 and 2020, MYLOTT-COLEMAN earned income from the Commonwealth of Massachusetts for her position working for the State Senator. MYLOTT-COLEMAN's income and taxes were reported annually on a Form W-2. Employers file Forms W-2 with the Internal Revenue Service on an annual basis to report employees' income, as well as income, social security, and Medicare taxes. The federal income tax system of the United States relies upon citizens like MYLOTT-COLEMAN to truthfully, accurately, and timely report income information to the Internal Revenue Service.

3. In addition to working as the Chief of Staff for the State Senator, MYLOTT-COLEMAN held a variety of other positions primarily in the healthcare industry during the same period of time. Between 2015 and 2019, MYLOTT-COLEMAN worked for Cerebral Palsy of Massachusetts, Inc. Between 2015 and 2020, MYLOTT-COLEMAN worked for the Stavros

Center for Independent Living. In 2020, MYLOTT-COLEMAN worked for the City of Fitchburg Housing Authority. Prior to her stint as Chief of Staff, MYLOTT-COLEMAN also earned income from the Commonwealth of Massachusetts in 2016 as a Personal Care Attendant. MYLOTT-COLEMAN's income and taxes from these positions were also reported annually on Forms W-2.

4. MYLOTT-COLEMAN filed Federal Income Tax Returns for 2016, 2017, 2018, 2019 and 2020 using the services of a third-party tax preparation company. MYLOTT-COLEMAN used the same tax return preparer at this company from 2016 through 2019, and used a different tax return preparer from the same company in 2020. MYLOTT-COLEMAN reported the following W-2 income on her tax returns for 2016, 2017, 2018, 2019 and 2020 for the various positions described above that she held during this time period:

| Yearly Tax Return | Total Reported W-2 Income |
|---|---|
| 2016 | $57,489 |
| 2017 | $14,820.84 |
| 2018 | $50,880 |
| 2019 | $64,030 |
| 2020 | $74,488 |

5. All of these tax returns were filed electronically and MYLOTT-COLEMAN affirmed under the penalties of perjury that each tax return was true, correct and complete.

### MYLOTT-COLEMAN's Home Health Care Business

6. From approximately August 2015 to approximately November 2021, MYLOTT-

COLEMAN operated a private home healthcare business in the Fitchburg, Massachusetts area and earned income from this business. However, she reported no income from this business on her tax returns for this time period and therefore did not pay any income tax for this business during this time period as she was required to under law.

7. MYLOTT-COLEMAN's home healthcare business primarily served elderly clients who hired MYLOTT-COLEMAN for personal care services in their homes. According to flyers produced by MYLOTT-COLEMAN, she provided numerous services such as "personal care," "meals," "complete house maintenance," "medication reminders," and "hospice."

8. Between 2016 and 2020, MYLOTT-COLEMAN earned total gross income of approximately $1,746,751.12 from her home healthcare business. Below is the approximate gross income that MYLOTT-COLEMAN earned each year:

| Year | Gross Income from Home Healthcare Business |
|------|-------------------------------------------|
| 2016 | $302,945.66 |
| 2017 | $377,432.56 |
| 2018 | $435,720.50 |
| 2019 | $297,085.40 |
| 2020 | $333,567.00 |

9. Despite earning gross income from her home healthcare business that she knew that she was required to report to the Internal Revenue Service, MYLOTT-COLEMAN did not report any of this gross income on her tax returns for 2016 through 2020. MYLOTT-COLEMAN never

disclosed this gross income to her tax return preparers for 2016 through 2020.

      10.     MYLOTT-COLEMAN owes approximately $242,520 in federal income taxes for the gross income from her home healthcare business that she never reported on her tax returns for 2016 through 2020.

COUNTS ONE - FIVE
Filing a False Tax Return
(26 U.S.C. § 7206(1))

The United States Attorney alleges:

11. The United States Attorney re-alleges and incorporates by reference paragraphs 1-10 of this Information.

12. On or about the dates set forth below, in the District of Massachusetts, and elsewhere, the defendant,

CHRISTIANNE MYLOTT-COLEMAN,

did willfully make and subscribe United States Individual Tax Returns, for the following tax years, which were verified by a written declaration that they were made under the penalties of perjury, and which were filed with the Director, Internal Revenue Service, and which returns MYLOTT-COLEMAN did not believe to be true and correct as to every material matter, in that each return described below understated MYLOTT-COLEMAN's income:

| Count | Tax Year | Filing Date | Form Number | False Item |
|-------|----------|-------------|-------------|------------|
| 1 | 2016 | April 4, 2017 | 1040EZ | Line 6 – Taxable Income |
| 2 | 2017 | April 10, 2018 | 1040 | Line 22 – Total Income |
| 3 | 2018 | March 14, 2019 | 1040 | Line 10 – Taxable Income |
| 4 | 2019 | March 19, 2020 | 1040 | Line 11b – Taxable Income |
| 5 | 2020 | May 15, 2021 | 1040 | Line 15 – Taxable Income |

All in violation of Title 26, United States Code, Section 7206(1).

                                        Respectfully submitted,

                                        RACHAEL S. ROLLINS
                                        United States Attorney

                        By:    */s/ John T. Mulcahy*
                                        JOHN MULCAHY
                                        DUSTIN CHAO
                                        Assistant U.S. Attorneys

Dated:        October 21, 2022